UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOSEPH P. CARSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-0537 (PLF) |
| | ) | |
| UNITED STATES OFFICE OF SPECIAL COUNSEL, | ) | |
| | ) | |
| Respondent. | ) | |

ORDER

For the reasons set forth in the Memorandum Opinion issued this same day, it is hereby

ORDERED that respondent's motion to dismiss [71] is GRANTED; it is

FURTHER ORDERED that petitioner's motion to issue a writ of mandamus [76] is DENIED; and it is

FURTHER ORDERED that the petition is DISMISSED.  The Clerk of the Court shall remove this case from the docket of the Court.  This is a final appealable order.  See FED. R. APP. P. 4(a).  Any other pending motions are denied as moot.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: July 7, 2008